**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LEROY ANTOINE LODGE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-10602** |
| **JAMES M. LEBLANC, SECRETARY DOC, ET AL.** | **SECTION "E"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Leroy Antoine Lodge's claims under 42 U.S.C. § 1983 against the Secretary James M. LeBlanc are **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(b)(2) and § 1915A(b), and as applicable, 42 U.S.C. § 1997e, as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant.

**IT IS FURTHER ORDERED** that Lodge's claims under 42 U.S.C. § 1983 against the defendants, Orbon Tinson, Sr., Byron Williams, Jr., and Keenum Dufauchard are **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(b)(2) and § 1915A(b), and as applicable, 42 U.S.C. § 1997e, as frivolous and/or for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 26th day of July, 2019.

_____
**UNITED STATES DISTRICT JUDGE**